# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1284** | **September Term, 2025** |

FERC-CP16-455-003
FERC-CP16-455-006
FERC-CP16-455-005
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-455-001
FERC-CP16-454-009
FERC-CP16-454-008
FERC-CP16-454-006
FERC-CP16-454-003
FERC-CP24-70-001
FERC-CP24-70-000
FERC-CP16-454-001
FERC-CP16-454-000
FERC-CP20-481-000
FERC-CP20-481-003
FERC-CP20-481-001
FERC-CP20-481-002

**Filed On: December 18, 2025** [2150992]

South Texas Environmental Justice
Network, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

## **O R D E R**

    The petition for review in this case was filed and docketed on December 15, 2025, and assigned the above number. It is, on the court's own motion,

    **ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 20, 2026 |

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1284**                                                         September Term, 2025

| | |
|---|---|
| Docketing Statement Form | January 20, 2026 |
| Procedural Motions, if any | January 20, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 20, 2026 |
| Statement of Issues to be Raised | January 20, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | January 20, 2026 |
| Dispositive Motions, if any | February 2, 2026 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | January 20, 2026 |
| Procedural Motions, if any | January 20, 2026 |
| Certified Index to the Record | February 2, 2026 |
| Dispositive Motions, if any | February 2, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Elbert B.J. Lestrade
Deputy Clerk

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 25-1284**　　　　　　　　　　　　　　　　**September Term, 2025**

The following forms and notices are available on the Court's website:

      Agency Docketing Statement Form
      Entry of Appearance Form
      Request to Enter Appellate Mediation Program (Optional)
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases (Optional)