# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1284** | **September Term, 2025** |
| | FERC-CP16-455-003 |
| | FERC-CP16-455-006 |
| | FERC-CP16-455-005 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP16-454-009 |
| | FERC-CP16-454-008 |
| | FERC-CP16-454-006 |
| | FERC-CP16-454-003 |
| | FERC-CP24-70-001 |
| | FERC-CP24-70-000 |
| | FERC-CP16-454-000 |
| | FERC-CP20-481-000 |
| | FERC-CP20-481-003 |
| | FERC-CP20-481-001 |
| | FERC-CP20-481-002 |

**Filed On: February 2, 2026** [2156883]

South Texas Environmental Justice
Network, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

### O R D E R

    It is **ORDERED**, on the court's own motion, that respondent's deadline to file the certified index to the record be suspended pending further order of the court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                            Katy M. Bartelma
                            Deputy Clerk