# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| South Texas Environmental | ) | |
|    Justice Network, *et al.* | ) | |
|       Petitioners, | ) | |
| | ) | |
|       v. | ) | No. 25-1284 |
| | ) | |
| Federal Energy Regulatory | ) | |
|    Commission, | ) | |
|       Respondent. | ) | |

## JOINT BRIEFING PROPOSAL

In response to the Court's February 19, 2026 order (ECF. No. 2159992), the parties have conferred and propose the schedule and format for briefing set forth below.

## BACKGROUND

The petition in this case challenges Federal Energy Regulatory Commission orders approving the construction and operation of the Rio Grande LNG project, a proposed liquefied natural gas terminal to be located in Cameron County, Texas, and the Rio Bravo Pipeline project, which will deliver gas to the terminal. *See Rio Grande LNG, LLC*, 192 FERC ¶ 61,198 (2025). Petitioners are local and national public interest groups and the City of Port Isabel, Texas. Respondent-Intervenors are the project developers, Rio Bravo Pipeline Company,

LLC, Rio Grande LNG, LLC, Rio Grande Train 4, LLC, and Rio Grande
Train 5, LLC.

## PROPOPSED SCHEDULE AND FORMAT

In its February 19 order, the Court directed the parties to propose
formats for the briefing of this case.  In response to that order, all of the
parties—petitioners, respondent, and respondent-intervenors—have
conferred and propose the following briefing schedule and format:

| DOCUMENT | DEADLINE | WORD LIMIT |
|---|---|---|
| **Petitioners' Opening Brief:** | May 4, 2026 (40 days after motion to govern) | 13,000 words |
| **Respondent's Brief:** | June 18, 2026 (45 days after Petitioners' opening brief) | 13,000 words |
| **Joint Respondent-Intervenors' Brief** | June 25, 2026 (7 days after Respondent's brief) | 9,100 words |
| **Petitioners' Reply Brief** | July 9, 2026 (21 days after Respondent's brief) | 6,500 words |
| **Deferred Appendix** | July 23, 2026 (14 days after Petitioners' joint reply brief) | |

| | |
|---|---|
| **Final Briefs** | July 31, 2026<br>(7 days after<br>deferred appendix) |

## CONCLUSION

The parties' proposal adheres to the Court's standard word limitations.  The briefing intervals are also closely aligned to the court's typical schedule, with certain adjustments to avoid conflicting deadlines.  The parties therefore respectfully request that the Court adopt their proposal.

Respectfully submitted,

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Deputy Solicitor
FEDERAL ENERGY REGULATORY
  COMMISSION
888 First Street NE
Washington DC 20426
(202) 502-8904
robert.kennedy@ferc.gov

*Counsel for the Federal
Energy Regulatory Commission*

*/s/ Nathan Matthews*
Nathan Matthews
EARTHJUSTICE
180 Steuart St., #194330
San Francisco, CA 94105
(202) 217-2183
nmatthews@earthjustice.org

*Counsel for the Petitioners South
Texas Environmental Justice
Network and Sierra Club*

*/s/ Gilberto Hinojosa*
Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Counsel for City of Port Isabel*

/s/ Robert M. Loeb

Robert M. Loeb
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 339-8400
rloeb@orrick.com

*Counsel for Intervenors Rio
Grande LNG, LLC, Rio Grande
Train 4, LLC, and Rio Grande
Train 5, LLC*

/s/ Lide E. Paterno

Lide E. Paterno
AKIN GUMP STRAUSS HAUER &
FELD LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4000
lpaterno@akingump.com

*Counsel for Rio Bravo Pipeline
Company, LLC*

March 23, 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this filing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(C) because it contains 292 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this filing complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this filing has been prepared in Century Schoolbook 14-point font using Microsoft Word 2016.

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Deputy Solicitor

Federal Energy Regulatory
   Commission
Washington, D.C.  20426
Tel.: (202) 502-8904
Email: robert.kennedy@ferc.gov

March 23, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Robert M. Kennedy*
Robert M. Kennedy
Deputy Solicitor